STATE OF KANSAS, *Appellant,* v. HERMAN G. BARKER, *Appellee.*

No. 47,931

Opinion filed January 24, 1976.

*Robert L. Kennedy, Jr.,* assistant district attorney, argued the cause, and *Curt T. Schneider,* attorney general, *Keith Sanborn,* district attorney, and *Stephen M. Joseph,* assistant district attorney, were on the brief for the appellant.

*Don Matlack,* of Wichita, argued the cause and was on the brief for the appellee.

FOTH, C. Affirmed.

STATE OF KANSAS, *Appellee,* v. ROBERT W. ALDERSHOF, *Appellant.*

No. 47,956

Opinion filed December 13, 1975.

*Richard L. Hilton,* of Wichita, argued the cause and was on the brief for the appellant.

*Stephen Robison,* assistant district attorney, argued the cause, and *Curt T. Schneider,* attorney general, *Keith Sanborn,* district attorney, and *Stephen M. Joseph,* assistant district attorney, were with him on the brief for the appellee.

MILLER, J. Affirmed.

STATE OF KANSAS, *Appellee,* v. RONALD L. DUNN, *Appellant.*

No. 47,963

Opinion filed January 24, 1976.

*John J. Ambrosio,* of Topeka, argued the cause, and *Craig M. Cornish,* Legal Intern, was with him on the brief for appellant.

*Gene M. Olander,* district attorney, argued the cause and *Curt T. Schneider,* attorney general, was with him on the brief for appellee.

*Harry F. Swanger, Esq.,* and *L. Joseph Garavaglia,* Legal Intern, National Juvenile Law Center, Saint Louis University School of Law, St. Louis, Missouri, were on the brief amicus curiae.

FATZER. C. J. Affirmed.